UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EXLSERVICE.COM, LLC,
Plaintiff,

-against-

MEDICARE ADVANTAGE CENTER, LLC,
Defendant.

------------------------------------------------------------X

25 Civ. 9390 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 1, 2026, Plaintiff filed an arbitration demand with the AAA.

WHEREAS, on April 21, 2026, the parties submitted a joint letter requesting that the Court issue an order (i) requiring the parties to report to the Court on the status of the arbitration 120 days from the date of the letter (Tuesday, August 19, 2026); and (ii) staying this proceeding during the pendency of arbitration.

WHEREAS, on April 27, 2026, the Court granted the parties' application, staying the case and ordering a joint letter regarding the status of the arbitration by August 19, 2026.

WHEREAS, a joint letter was not filed by August 19, 2026. It is hereby

**ORDERED** that, by **August 25, 2026**, the parties shall file a joint letter regarding the status of arbitration.

Dated: August 21, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE